UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SERGIO CALDERON,

        Plaintiff,

- against -

**ORDER**
CV-20-3029 (ST)

ISLANDWIDE SEAMLESS GUTTER &
LEADER SYSTEMS, INC., et al.,

        Defendants.
-------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

    Having reviewed the settlement agreement and plaintiff's letters dated January 22, 2021, Docket Entry 22, and February 3, 2021, Docket Entry 24, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved, the case is dismissed with prejudice and closed.

    **SO ORDERED.**

**Dated: Brooklyn, New York**
       **March 23, 2021**

                                                                                                                                                                                                                     _s/_
                                             **STEVEN L. TISCIONE**
                                             **UNITED STATES MAGISTRATE JUDGE**